

# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2020

No. 04-19-00883-CR

Gabrielle **DE ARROYO,**
Appellant
v.
The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR5788
Honorable Ron Rangel, Judge Presiding

# O R D E R

After this court's en banc order extended the due date for all pending briefs until June 30, 2020, Appellant's brief was due on June 30, 2020. No brief was timely filed, so on July 27, 2020, we ordered Appellant to file either a motion to dismiss or the brief by August 6, 2020.

Appellant timely filed a response and requested an extension of time to file the brief until August 21, 2020. Appellant indicated no further extensions of time would be needed.

Appellant's motion was granted, but on September 9, 2020, Appellant filed another motion for extension of time to file the brief until September 25, 2020.

Because of the COVID-19 pandemic's effects on counsel's family, Appellant's motion is GRANTED. Appellant's brief is due on September 25, 2020.

We caution appellate counsel that any further motion for extension of time to file Appellant's brief will be disfavored.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of September, 2020.



MICHAEL A. CRUZ,
Clerk of Court